**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA**                    **CRIMINAL CASE NO.  11-CR-00062-04**

**VERSUS**                                        **JUDGE HICKS**

**DAVID ETTLINGER**                               **MAGISTRATE JUDGE HORNSBY**


**EXHIBIT LIST FOR SENTENCING HEARING**

**(Filed in U.S. Probation File)**


DEF 1          **SEALED** - Exhibit B of  [634] Defendant's Sentencing Memorandum - copy of handwritten letter by Defendant - considered as additional letter of allocution